UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:13-cr-051-GMN-CWH |
| CANDICE BLACKWELL, ) | |
| Defendant. ) | ORDER |

On April 30, 2013, the Court granted Jay L. Siegel, Esq.'s sealed "Motion for Leave to Withdraw as Counsel and/or Appointment of New Counsel" (#65) and ordered new counsel appointed. (#69). Therefore;

IT IS HEREBY ORDERED that Daniel J. Albregts, Esq. is appointed as counsel for Candice Blackwell in place of Jay L. Siegel, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Siegel shall forward the file to Mr. Albregts forthwith.

DATED this 3rd day of May, 2013.

Nunc Pro Tunc Date: May 2, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge