**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEREMY GREENE-LEWIS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cr-00051-JAD-CWH <br><br> **ORDER** |

The Court has received a request from Pretrial Services that Defendant Greene-Lewis' prior violation petition be dismissed. Pretrial Services also requests that the Court remove Defendant's treatment condition and grant Pretrial Services the discretion to determine Defendant's drug testing frequency. Counsel for the United States and for Defendant have been notified and both concur with Pretrial Services.

**IT IS HEREBY ORDERED** that Defendant Greene-Lewis' violation petition be dismissed.

**IT IS FURTHER ORDERED** that Defendant Greene-Lewis' pretrial treatment condition is removed and Pretrial Services is granted the discretion to determine Defendant's drug testing frequency. Pretrial Services shall continue to monitor Defendant and report any subsequent violations to the Court.

DATED: August 14, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**